

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00060-CV

Christie Lynn **TERRELL**,
Appellant

v.

Rashin **MAZAHERI**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-06326
Honorable Sid L. Harle, Judge Presiding[1]

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order denying Appellant Christie Lynn Terrell's "Motion to Dismiss Under the Texas Citizens Participation Act" is REVERSED IN PART. We RENDER an order dismissing Rashin Mazaheri's defamation claim based on the statement "I even have proof that [Mazaheri] is attempting to set hearings with the court clerk without mine or my attorney's knowledge." The trial court's order denying appellant's motion to dismiss is AFFIRMED in all other respects. As to the claim on which we render a dismissal, we REMAND this case for a determination of costs and attorney's fees under section 27.009 of the Texas Civil Practice and Remedies Code. Costs of appeal are taxed against the party incurring same. *See* TEX. R. APP. P. 43.4.

SIGNED March 22, 2023.

Liza A. Rodriguez, Justice

---

[1]Sitting by assignment